79,962-03

OMAR ALBERTO RAMIREZ
T.D.C. NO: _____
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITAL STATION
AUSTIN, TEXAS 78711

DATE: 06-24-15

TO JUDGE:

THROUGH THIS LETTER I AM TRYING TO COMMUNICATE WITH THE JUDGE OF THIS HONORABLE COURT, BECAUSE I WANT TO LET THIS COURT KNOW, THAT I FILED A PETITION FOR HABEAS CORPUS ON NOVEMBER 13, 2013 IN WHICH I ONLY REQUESTED PERMISSION TO FILE AN OUT OF TIME PETITION FOR DISCRETIONARY REVIEW. SEE CASE NO. W00-50891-N. ON THAT PETITION I DID NOT CHALLENGE THE CONVICTION, NOR THE SENTENCE.

NOW, I FILED A SUBSEQUENT APPLICATION FOR WRIT OF HABEAS CORPUS ART. 11.07 IN WHICH, I AM PRESENTING TO THE COURT THE CONSTITUTIONAL VIOLATIONS THAT HAPPENED AT MY TRIAL, AND NOW I AM CHALLENGING THE CONVICTION AND THE SENTENCE, BUT THE ASSISTANT DISTRICT ATTORNEY SAID THAT I AM BARRED FROM FILING A SUBSEQUENT APPLICATION UNDER TEX. CODE CRIM PROC. ANN. ART. 11.07, § 4(a).

BUT, I WANT TO KNOW, HOW THAT CAN BE, WHEN I DID NOT CHALLENGE THE CONVICTION NOR THE SENTENCE. THE TEXAS LAW IS CLEAR IN THIS ISSUE. SEE FOLLOWING:

"IF THE INITIAL APPLICATION DOES NOT CHALLENGE THE CONVICTION, A SUBSEQUENT APPLICATION PERTAINING TO THE SAME CONVICTION IS NOT BARRED BY ARTICLE 11.07, § 4(a).
EX PARTE ADAMS, 964 S.W.2d 643 (TEX. CRIM. APP. 1998).

THE ASSIST. DIST. ATTORNEY IS APPLYING THE LAW WRONGLY, BY REFUSING TO REVIEW MY APPLICATION CASE NO. W00-50891-N(B). AND BY RECOMMENDING THAT MY APPLICATION BE DISMISSED UNDER ART. 11.07, § 4(a). I ONLY WANT FROM YOU TO AUTHORIZE THE 195th DIST. COURT AT DALLAS COUNTY TO PROPERLY REVIEW MY CASE

RESPECTFULLY

Omar Ramirez

OMAR ALBERTO RAMIREZ
T.D.C.J-NO: 1072249